IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KARNELL BURTON, | ) | |
| | ) | |
| Petitioner, | ) | 8:15CV417 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT FRAKES, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that the Petitioner's motion to appoint counsel (filing no. 20) is denied.

DATED this 1st day of June, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge