IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KARNELL BURTON, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:15CV417 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT FRAKES, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that the Petitioner's motion to extend (filing no. 21) is granted. The Petitioner's reply brief to the Respondent's answer and brief is due on or before August 1, 2016.

DATED this 1st day of June, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge