IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KARNELL BURTON, | ) | |
| | ) | |
| Petitioner, | ) | 8:15CV417 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that the Petitioner's motion for second extension of time (Filing 24) is granted. The Petitioner's reply brief to the Respondent's answer and brief is due on or before August 29, 2016.

DATED this 28th day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge