IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARNELL BURTON,<br><br>        Petitioner,<br><br>vs.<br><br>SCOTT FRAKES,<br><br>        Respondent. | 8:15CV417<br><br>**ORDER** |

On February 13, 2017, the Court ordered petitioner Karnell Burton ("Burton") to show cause why his § 2254 petition should not be dismissed as time-barred. Burton responded to the order on March 3, 2017, and showed sufficient cause to avoid the dismissal of his claim. The show-cause order is terminated.

IT IS SO ORDERED.

Dated this 7th day of March, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge